ROESCH, APPELLANT, *v.* WARREN DISTRIBUTION/FLEET ENGINEERING RESEARCH ET AL.; CLARK OIL, APPELLEE.

[Cite as *Roesch v. Warren Distrib./Fleet Eng. Research* (2002), 94 Ohio St.3d 1247.]

(No. 01–113—Submitted January 30, 2002—Decided March 20, 2002.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.

*Paul V. Wolf,* for appellant.

*Cleary & Associates Co., L.P.A., Timothy R. Cleary* and *Danielle Konrad Pitcock,* for appellee.